IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILLIA KORNEA,<br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>FANNIE MAE, FEDERAL NATIONAL MORTGAGE ASSN., J. P. MORGAN CHASE BANK, and DOES 1-10,<br>　　　　　　*Defendants.* | CIVIL ACTION<br>NO. 20-2647 |

## ORDER

**AND NOW**, this 6th day of October, 2020, upon consideration of the Motion to Dismiss Plaintiff Illia Kornea's Amended Complaint by Defendants Federal National Mortgage Association ("Fannie Mae") s/h/a "Fannie Mae, Federal National Mortgage Assn." and JPMorgan Chase Bank, N.A. ("Chase") s/h/a "J. P. Morgan Chase Bank" (ECF 2), Plaintiff's opposition (ECF 7), Defendants' reply (ECF 8) and Plaintiff's rebuttal (ECF 10), and consistent with the accompanying Memorandum of Law it is **ORDERED** that the motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Hearing (ECF 11) is **DENIED AS MOOT**.

The Clerk of Court shall mark this case as **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.